JOHN N. McGARVEY, appellant,

*v.*

CHARLES W. YOUNG et al., respondents.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Ingersoll, whose opinion is reported in *100 N. J. Eq. 174.*

*Messrs. Cassman & Gottlieb* and *Mr. Merritt Lane,* for the appellant.

*Mr. John C. Reed* and *Mr. Emerson L. Richards,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, KA-LISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLEN-NON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.